UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN WINSTON

    v.                          C.A. 15-042 ML

TONY OLIVERA, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on February 12, 2015 (Docket #5). Although Plaintiff has submitted a number of documents to the Court, apparently in response to the recommendation that the Complaint be dismissed, none of those document addresses the fatal deficiencies of his Complaint. The Court, having reviewed the Complaint and the Report and Recommendation, concurs with the Magistrate Judge's assessment as set forth at pp 2-3 of the Report and Recommendation. This Court adopts the Report and Recommendation. The Complaint is DISMISSED and the Motion to Proceed In Forma Pauperis is DENIED as moot.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 13, 2015